IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Seymens, Kenneth L | Case Number: 07 B 09508 |
|---|---|---|
| | Seymens, Yolanda | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 6, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,545.00 | |
| Secured: | | 25,971.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,573.99 |
| Other Funds: | | 0.00 |
| Totals: | 27,545.00 | 27,545.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Hinsdale Bank & Trust | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 20,000.00 | 4,500.65 |
| 5. | America's Servicing Co | Secured | 95,409.80 | 21,470.36 |
| 6. | American Express Travel Relate | Unsecured | 12,688.02 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 10,587.79 | 0.00 |
| 8. | Arrow Financial Services | Unsecured | 15,379.63 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 695.52 | 0.00 |
| 10. | Citibank Visa | Unsecured | | No Claim Filed |
| 11. | Bloomingdales | Unsecured | | No Claim Filed |
| 12. | Retailers National Bank | Unsecured | | No Claim Filed |
| | | | $ 154,760.76 | $ 25,971.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,062.45 |
| 6.5% | 511.54 |
| | $ 1,573.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Seymens, Kenneth L<br>Seymens, Yolanda<br>Printed: 12/23/08 | Case Number:  07 B 09508<br>Judge:  Wedoff, Eugene R<br>Filed:  5/25/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

